RECEIVED
IN LAKE CHARLES, LA
AUG 17 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CHRISTOPHER RAY KELLY #461607 | : | DOCKET NO. 2:10 CV1295 |
| VS. | : | JUDGE MINALDI |
| GEO Corp., et al. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

Before the Court is a Report and Recommendation from the Magistrate Judge. [Doc. 6]. The Magistrate Judge aptly describes the facts underlying the plaintiff's complaint and the law as it applies to him. In his Objection [Doc. 7], the plaintiff merely reiterates what the Magistrate Judge already described. To the extent he adds new information, it is neither contained in his petition nor relevant to this case. Thus, this Court adopts the ruling of the Magistrate Judge.

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that the plaintiff's civil rights complaint be DENIED and DISMISSED for failure to state a claim upon which relief may be granted;

IT IS FURTHER ORDERED that all motions, including the Motion for Judge Trial and to Appoint Counsel, are DISMISSED as moot.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this ___15___ day of ___Aug___ 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE